AO 451 (Rev. 01/09) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
## for the
### Central District of California

| | |
|---|---|
| NEW LINE HOME ENTERTAINMENT, INC. )<br>*Plaintiff* )<br>v. )<br>HIGHLAND TRADING CO. LLC )<br>*Defendant* ) | Civil Action No. CV12-3464-SJO (JEMx) |

### CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*  09/10/2012  .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: 1/2/2013

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

JS-6

CALDWELL LESLIE & PROCTOR, PC
LINDA M. BURROW, State Bar No. 194668
  burrow@caldwell-leslie.com
MATTHEW O'BRIEN, State Bar No. 261568
  obrien@caldwell-leslie.com
1000 Wilshire Boulevard, Suite 600
Los Angeles, California 90017-2463
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

Attorneys for Plaintiff
NEW LINE HOME ENTERTAINMENT, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NEW LINE HOME ENTERTAINMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> HIGHLAND TRADING CO. LLC, <br><br> Defendant. | Case No. CV12-3464-SJO (JEMx) <br><br> Hon. S. James Otero <br><br> [PROPOSED] JUDGMENT |

CALDWELL LESLIE & PROCTOR

[PROPOSED] JUDGMENT

# JUDGMENT

Upon entry of the Order Granting Plaintiff New Line Home Entertainment, Inc. ("New Line")'s Application for Default Judgment in favor of New Line against Defendant Highland Trading Co., LLC ("Highland"), it is HEREBY ORDERED, ADJUDGED and DECREED that Highland breached its contractual obligations to New Line, and hence is liable to New Line, and therefore judgment is entered in favor of New Line, and against Highland, in each of the following amounts:

(1) compensatory damages in the amount of $4,341,762.50;

(2) prejudgment interest in the amount of $1,653,440.03 through July 25, 2012, plus $1,189.51 per day from July 26, 2012 through the date this judgment is entered, for a total amount of $ 54,717.00 ; and

(3) $13,830.83 in attorneys' fees and costs of suit.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

Dated: September 10, 2012

_S. James Otero_
The Honorable S. James Otero
United States District Court Judge

I hereby attest and certify on 1/2/13 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY CLERK
1115